

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00080-CV

**IN THE INTEREST OF A.J.M. AND A.R.P., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00429
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on March 13, 2018. Because neither the brief nor a motion for extension of time was filed by the deadline, this court issued an order on March 20, 2018, ordering appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). On April 2, 2018, appellant filed a written response to this court's order requesting an extension of time to file the brief. The motion is GRANTED. Appellant's brief must be filed no later than April 23, 2018, and must comply with Rule 38.1 of the Texas Rules of Appellate Procedure which sets forth the required content of an appellant's brief. **Because this is an accelerated appeal, further requests for extensions of time will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court